# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

**ROGER BULLOCK**                                                                                    **PLAINTIFF**

**v.**                                                                              **CASE NO. 3:23-cv-166-HTW-LGI**

**IRIS PROPERTIES, L.P.,**
a limited partnership,
**RMP PROPERTIES, L.P.,**
a limited partnership, and
**FLEET MORRIS PETROLEUM, INC.**                                                  **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

By agreement of the parties, who advised the Court of the resolution of this matter, the Court hereby dismisses all claims asserted in this action with prejudice, with each party to bear its own costs.

SO ORDERED, this the 31st day of January, 2025.

/s/HENRY T. WINGATE
DISTRICT JUDGE HENRY T. WINGATE

AGREED TO:

*/s/ Carol Ann Bustin*
Carol Ann Estes Bustin (MSB # 9074)
For Plaintiff Roger Bullock

*/s/ Robert B. Ireland, III*
Robert B. Ireland, III (MSB 100708)
For Defendant Fleet Morris Petroleum, Inc.

*/s/ Kacey G. Bailey*
Kacey G. Bailey (MSB # 102271)
For Defendants IRIS Properties, L.P. and
RMP Properties, L.P.